**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN MICELI,

          Plaintiff,

v.                                      Case No. 6:15-cv-1186-Orl-37KRS

DYCK-O'NEAL, INC.,

          Defendant.

---

**ORDER**

On Thursday, August 18, 2016, the Court held a final pretrial conference ("**PTC**") for this action. This Order memorializes the Court's rulings from the bench as pronounced at the PTC.

1.      Plaintiff's Objection to Defendant Calling Witness Jeffrey Reed (Doc. 74) is **OVERRULED**. Defendant may call Jeffrey Reed as a witness **only if** Mr. Reed is made available for deposition by Plaintiff on or before Thursday, **August 25, 2016**.

2.      Plaintiff's Requests for Judicial Notice (Docs. 68, 72) are **DENIED**.

3.      Defendant's Motion in Limine (Doc. 55) is **DENIED WITHOUT PREJUDICE**. Defendant may raise appropriate objections during trial.

4.      Defendant's Motion for Reconsideration (Doc. 70) is **DENIED**.

5.      In accordance with the parties' consent at the PTC, this action is **REFERRED** to U.S. Magistrate Judge Thomas B. Smith for a settlement conference.

6.      At the PTC, the parties' indicated that they do not object to trial by the

magistrate judge. Accordingly, on or before Monday, **September 5, 2016**, the parties are **DIRECTED** to notify the Court in writing whether they consent to this case being tried before U.S. Magistrate Judge Karla R. Spaulding.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 19, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record